Dear Sir,

I know that what you have read about Peter Turner does not look good. But that is the Peter Turner in the past. In the last 2 years he has changed. He has gotten his priorities right. God first, his family second and himself last. He has agreed with my wishes to fix the wrongs he has done. He sought a deeper relationship with God, who else can you depend on? He is a great and loving dad. He invests in our children's lives daily. We have always been a close family but we are much closer now.

Without him in our daily lives, I am not sure how we will survive, not just financially but family wise. I know that people learn to adapt to change. We lost my mom in November after taking care of her for about 12 weeks (26 days of hospice in our home). I feel like I lost my right arm. Yes, I can still function but a little crippled. If we lost Peter too that would be like losing the other arm. Yes, we would learn how to go on but more crippled. You probably get letters like this all of the time. I am not saying that Peter is perfect, no one is. That everything is great all of the time, because that's not true. But he is a changed man and we are all a "work in progress".

Sincerely,

*Christine Turner*
Christine Turner

Breanna Turner 1

## My Dad

Dads should be loving, encouraging, and hardworking. These characteristics describe my dad very well. He loves us (my sister and I) so much. You can tell by the way he wants to play outside with us after school, or how he carefully listens to us ramble on about our day. He is encouraging by helping us with our schoolwork, or congratulating us on our hard earned grades, and even cheering us on at sporting events. My dad is also a hard worker. He volunteers at church, and works hard to provide for our family. Dads are very important in a child's life. They are especially needed when their children are younger, but also when they are teenagers. I am about to go to college, and my dad will be even more of a support system for my mother and sister. My sister will be starting Driver's Ed in the fall, and she looks forward to my dad teaching her to drive. I know my dad was a large role model for me during my high school years. I want him to be that role model for my sister as well. As I said before, dads are extremely important in a teenager's life. My dad, Peter Turner, is an amazing dad. I am proud to call him my father, and I love him very much.

~Breanna Turner

*Breanna Turner*
*Breanna Turner*

Hello, I'm Abigail Turner.

I'm writing this letter, and having really no idea how I want to write it. So I guess I'll just start by putting my thoughts.

A dad is someone who I believe everyone needs. I'm going to refer to some things from the movie Courageous, so I apologize in ahead if you haven't seen that movie. Anyway, in that movie one of the dad's explains how he felt without a father in his life. He had problems with his identity and who he was. The job of a child shouldn't just fall upon a mother. As well as they do (more like great), they shouldn't carry that responsibility alone. A child that has a father absent begins to lose their self-worth and their identity.

What is my point? A child needs a father like they need a brain. Sure, they can live without it (part of it), but it changes their life entirely. It changes how they live and think. A child wants and needs a father in their life. They want their attention, but most importantly they want their love.

I am blessed to have such a great father that does just that. My father goes above and beyond what I'm sure most fathers' do. If it's merely picking us up somewhere or going to a carnival together you can see that he clearly cares about us deeply. I love spending time with him, because I realized in life that it's going so fast and soon it's gone. You're probably thinking I'm way too young to be thinking that which I normally would say so to other people, but my freshman year as changed me.

 Last year about September my Grandma moved in with us. She had many heart problems and stayed in the ICU off and on constantly. In that October she died. That impacted my life so greatly. People say that losing a close family member is like losing a limb. I can finally say I know what it's like. That's when I realized that life is so short and that you have to hold on to all the memories.

Sorry, I hop way too much into different subjects. My dad, I know, will always be there for me no matter what. So I think he deserves the same from me. I know what he did and he told me freely and honestly about it. He said he didn't realize or know at the time that what he was doing was wrong, but he tells me now that it was a mistake.

I don't know what it's like to live without a dad, except on occasion of a week camp or of the sort, and to be honest I don't want to. Depending on how long he could be gone he could miss a lot of things I would consider monumental. Not like getting married or anything! I am only 15, ha-ha. But like joining a new sport, growing taller than my sister, or going to a dance with someone. If I was in his shoes, I would think about all the time what I was missing from my kids' lives.

Now, I'm not trying to guilt you or whatever. Like I said up above I had no idea what to write and writing my thoughts isn't so hard. So I am going to sum this up, because I have probably taken enough of your time. My dad has watched my sister go through high school, and graduate, and I would give almost anything for him to see me do those too.

P.S. Thank you for reading! And sorry if it was too long, I really like to write. Although this is probably the hardest letter I'll ever have to write. Well anyway, thanks again!

*Abigail Turner*
Abigail Turner



**Riverside COMMUNITY CHURCH**

*We Exist For Others To Know Jesus*

April 24, 2013

RE: Peter Turner

To Whom It May Concern:

I have known Peter Turner and his family for over eighteen years and write this letter to both speak of his life and family.

Peter has been a member of the church I pastor and has never ever been a problem to me. I have watched him bring his children up to be very kind respectful children and now young ladies. Especially for his younger child, Abigail, separation from her dad will be devastating. His wife, Christine, is a wonderful lady and one of the leaders of women's ministry in our church and a very prominent volunteer in our community.

Riverside Community Church is an urban church right in the center of the City of Peoria. We also own and run the Dream Center, an overnight housing facility for homeless women and a transitional housing facility for working single women with children. The whole Turner family has been involved in helping us run the Dream Center and have been vital in areas of this ministry to the most vulnerable and poor of our community.

Peter Turner has given himself to helping in the community over many years and has been available to help the poorest of the poor in our community in many ways.

I feel he has been totally misled and, in his naivety, trapped by this whole sad affair. It is totally out of his character, and his feelings of remorse over this whole thing overwhelm him most of the time.

I plead on his behalf for leniency in this case. I plead for the sake of his family, who will suffer more than financially over this situation. The emotional impact on his daughters will be devastating.

I respectfully ask that this information be taken into consideration as deliberation is made in this case.

Yours sincerely,

John King
Senior Pastor

714 Hamilton Blvd., Suite 200 | Peoria, Illinois 61603 | 309.676.7700 | Fax 309.676.7986
*RiversidePeoria.com*