UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br> )<br>v. )<br> )<br>**Peter Ian Turner** )<br>    Defendant ) | CASE NO. **12-10148-001** |

## ORDER

This cause is before the Court sua sponte.

On June 14, 2013, Defendant was convicted and sentenced to 18 months. The Clerk's Office received Defendant's passport on January 15, 2013 and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand pursuant to 22 C.F.R. §51.7. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment, to the United States Department of State, CA/PPT/L/LA, 44132 Mercure Circle, P.O. Box 1227, Sterling, VA 20166-1227.

ENTERED this 5th day of February, 2015.

s/ Michael M. Mihm

Michael M. Mihm
UNITED STATES DISTRICT JUDGE